# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 21 CR 2456-JLS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| JULIO CESAR HERNANDEZ-JIMENEZ | ) |
| Defendant | ) |

Pursuant to joint motion and good cause appearing,

IT IS HEREBY ORDERED that Defendant JULIO CESAR HERNANDEZ JIMENEZ' motion hearing/ trial setting be continued from October 1, 2021, at 1:30 p.m. to November 12, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge