# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 21 CR 2456-JLS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| JULIO CESAR HERNANDEZ-JIMENEZ | ) |
| Defendant | ) |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Defendant JULIO CESAR HERNANDEZ-JIMENEZ' motion hearing/ trial setting be continued from to November 19, 2021, at 1:30 p.m. to January 7, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED

Dated:  November 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge