# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 21 CR 2456-JLS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| JULIO CESAR HERNANDEZ-JIMENEZ | ) |
| Defendant | ) |

The Court finds that:

1.    The defendants is in custody;

2.    Defense Counsel for Mr. Hernandez-Jimenez is requesting a brief continuance in order to review a new plea agreement and schedule a change of plea hearing with the Magistrate Judge;

3.    Assistant United States Attorney's Deborah Bercovitch also joins in defense counsel's request;

4.    All prior conditions of pretrial release, will remain in full force and effect;

5.    Time will be excluded under the speedy trial clock.


IT IS THEREFOR ORDERED that Defendant JULIO CESAR HERNANDEZ-JIMENEZ' motion hearing/ trial setting be continued from January 7, 2022 at 1:30 p.m.to February 11, 2022 at 1:30 p.m.

IT IS SO ORDERED

Dated:  January 5, 2022

Hon. Janis L. Sammartino
United States District Judge